78 P.3d 340

# SUPREME COURT OF HAWAI'I

**September 26, 2003**

| | | |
|---|---|---|
| 24673 | State v. Humel | Affirmed |
| 24339 | State v. Jess | Affirmed |
| 23120 | State v. Tangonan | Affirmed |

**October 7, 2003**

| | | |
|---|---|---|
| 24148 | Manley v. Jack Dixon, Inc. | Affirmed |
| 23059 | State v. Knowles | Affirmed |
| 24687 | State v. Swift | Affirmed |

**October 9, 2003**

| | | |
|---|---|---|
| 23820 | State v. Batalona | Affirmed |

**October 23, 2003**

| | | |
|---|---|---|
| 25231 | State v. Azevedo | Affirmed |

**October 24, 2003**

| | | |
|---|---|---|
| 24163 | Doe, In re | Dismissed |
| 23995 | State v. Coleman | Vacated and Remanded |
| 25114 | State v. Shaw | Affirmed |

**October 30, 2003**

| | | |
|---|---|---|
| 22274 | State v. Johnston | Affirmed |

**October 31, 2003**

| | | |
|---|---|---|
| 23378 | Doe v. Doe | Affirmed |

**November 4, 2003**

| | | |
|---|---|---|
| 24471 | State v. Conklin | Affirmed |